**TIFFANY & BOSCO**
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-27911/

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: February 09, 2010**



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Robert V. Liguori and Lene D. Lifuori<br>       Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br><br>      Movant,<br>vs.<br><br>Robert V. Liguori and Lene D. Lifuori, Debtors; S. William Manera, Trustee.<br><br>      Respondents. | No. 2:09-bk-25441-RJH<br><br>Chapter 7<br><br>ORDER VACATING HEARING<br><br><br>Hearing Date: February 10, 2010<br>Hearing Time: 10:00 a.m. |

Pursuant to Movant's Motion to Vacate Hearing and for good cause appearing;

IT IS HEREBY ORDERED that the hearing scheduled for February 10, 2010 is hereby vacated.

DONE IN OPEN COURT this _____ day of _____, 2010.

                              _____
                              UNITED STATES BANKRUPTCY JUDGE