**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: July 14, 2010**



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

---

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-16335

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-25441-RJH |
| Robert Liguori and Lene Liguori<br>      Debtor | Chapter 7 |
| Wells Fargo Bank, N.A. | ORDER FOR ABANDONMENT |
|       Movant,<br>vs. | (Related to Docket #52) |
| Robert Liguori and Lene Liguori, Debtor; S. William Manera, Trustee.<br>      Respondents. | |

On this day came on for consideration, Wells Fargo Bank, N.A., its assignees and/or successors in interest ("Movant" herein) Motion for Abandonment pursuant to 11 U.S.C. 554(b). Good cause appearing,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that all of the Trustee's … interest in the following described real property is abandoned:

…

13670 E Charter Oak Drive
Scottsdale AZ 85259

and legally described as:

LOT 33, PARCEL 8-A AT SCOTTSDALE MOUNTAIN, ACCORDING TO BOOK 360, OF MAPS, PAGE 34, RECORDS OF MARICOPA COUNTY, ARIZONA AND TOGETHER WITH ALL INTERESTS, PRIVILIGES AND EASEMENTS APPURTENANT THERETO AND ANY AND ALL IMPROVEMENTS THEREON.